```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GARY LEAFORD CODNER,              :    CIVIL ACTION
                                  :    NO. 15-5176
      Petitioner,                 :
                                  :
   v.                             :
                                  :
WARDEN-PIKE COUNTY, et al.,       :
                                  :
      Respondents.                :
```

## **O R D E R**

**AND NOW**, this **3rd** day of **October, 2016,** after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (ECF No. 14), Petitioner's objections thereto (ECF Nos. 16, 18),[1] and Petitioner's "Praecipe for Emergency Stay of Removal Pursuant to Congressional Intent of Knowledge Requirement" (ECF No. 13), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

    (1)    The Report and Recommendation (ECF No. 14) is **APPROVED** and **ADOPTED**;

---

[1] The Court has construed ECF No. 18, a document titled "Memorandum of Law in Support of Writ of Habeas Corpus 2254," as a continuation of Petitioner's objections docketed as ECF No. 16.

(2) Petitioner's Objections to the Report and Recommendation (ECF Nos. 16, 18) are **OVERRULED**; and

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.**

(4) Petitioner's "Praecipe for Emergency Stay of Removal Pursuant to Congressional Intent of Knowledge Requirement" (ECF No. 13) is **DENIED.**

**AND IT IS SO ORDERED.**

                                        **/s/ Eduardo C. Robreno**
                                        **EDUARDO C. ROBRENO,    J.**